AO 240 (Rev 9/96)

# United States District Court

**FILED**
APR 6 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

DISTRICT OF __Delaware__ (Eastern)

Chester L Woolard S.B.I #149103
Plaintiff

v.

Attorney General Jane Brady
Wardens: Raphle. Williams MPCJ.C
Defendant

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

Inmate Act petitioner

CASE NUMBER: 05-198

I, __Chester L. Woolard__ declare that I am the (check appropriate box)

[X] petitioner/plaintiff/movant   [ ] other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC. §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. **Are you currently incarcerated?**   [ ] Yes   [X] No   (If "No" go to Part 2).

    If "Yes" state the place of your incarceration __M.P.C.J.F, Gander Hill__

    Are you employed at the institution? __NO__   Do you receive any payment from the institution? __NO__

    Have the institution fill out the Certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. **Are you currently employed?**   [ ] Yes   [X] No

    a. If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

    b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
    __1979 Disable Vet__

3. In the past 12 twelve months have your received any money from any of the following sources?

    a. Business, profession or other self-employment   [ ] Yes   [X] No
    b. Rent payments, interest or dividends   [ ] Yes   [X] No
    c. Pensions, annuities or life insurance payments   [ ] Yes   [X] No
    d. Disability or workers compensation payments   [ ] Yes   [X] No
    e. Gifts or inheritances   [ ] Yes   [X] No
    f. Any other sources   [ ] Yes   [X] No

    ...any of the above is "Yes" describe each source of money and state the amount received and

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

3. Do you own any cash, or do you have money in checking or savings accounts?
   Yes ☐   No ☒   (Include any funds in prison accounts.)
   If the answer is "yes," state the total value of the items owned.

4. Do you own or have any interest in any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)?
   Yes ☐   No ☒
   If the answer is "yes," describe the property and state its approximate value.

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

NONE

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __2/9/05__     _[signature] Chester L. [Wood]_
          (Date)                            Signature of Applicant

## CERTIFICATE
(Prisoner Accounts Only)

I certify that the applicant named herein has the sum of $ __5.98__ on account to his credit at the __ALLENWOOD FEDERAL CORRECTIONAL__ institution where he is confined. I further certify that the applicant likewise has the following securities to his credit according to the records of said institution: __N/A__

I further certify that during the last six months the applicant's average balance was $ __1.45__

_[signature]_
PHIL EDINGER, LEAD ACCOUNTING TECHNICIAN
Authorized Officer of Institution

## ORDER OF COURT

| The application is hereby denied | The application is hereby granted. Let the applicant proceed without prepayment of cost or fees or the necessity of giving security therefor. |
|---|---|
| United States Judge     Date | United States Judge     Date<br>or Magistrate |

# AUTHORIZATION
(Prisoner's Account Only)

Case No. _____

> NOTE: Completing this authorization form satisfies your obligation under 28 U.S.C. § 1915(a)(2) to submit a certified copy of your trust fund account.

I, __CHESTER L. WOULARD#21924-009__, request and authorize the agency holding me in custody to send to the Clerk of Court, United States District Court for the ~~~~~ District of _DELAWARE_, a certified copy of the statement for the past six months of my trust fund account (or institutional equivalent) at the institution where I am incarcerated. I further request and authorize the agency holding me in custody to calculate and disburse funds from my trust account (or institutional equivalent) in the amounts specified by 28 U.S.C § 1915(b).

This authorization is furnished in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $150.00. I also understand that the entire filing fee will be deducted from my account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: _____  2/15/05

_[signature]_
Signature of Prisoner

SEE ATTACHED COURT ORDER DATED 2/14/05

Date: 02/15/2005
Time: 9:24:43 am

# Federal Bureau of Prisons
## TRUFACS
## Inmate Statement
Limited Official Use

Facility: ALM

Start Date: 05/15/2004
End Date: 02/15/2005
Inmate Reg#: 21924009
Account Status: All
Institution: All

### General Information

| | | | |
|---|---|---|---|
| Inmate Reg#: | 21924009 | Living Quarters: | D08-953L |
| Inmate Name: | WOULARD, CHESTER | Arrived From: | LEW |
| Current Site Name: | Allenwood FCI | Transferred To: | |
| Housing Unit: | UNIT 4B | Account Creation Date: | 4/12/2004 |

### Transaction Details

| Alpha Code | Date Time | Reference# | Payment# Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|
| ALM | 01/26/2005 03:50:28 AM | TX012605 | | Transfer - In from TRUFACS | $5.98 | | $5.98 |
| ALM | 01/26/2005 03:50:28 AM | 5SPGD029 - 187 | | Debt Encumbrance | | ($5.98) | |

Total Transactions: 2    Totals: $5.98  ($5.98)

### Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| ALM | $0.00 | $0.00 | $5.98 | $0.00 | $0.00 | $0.00 | $0.00 | $5.98 |
| Totals: | $0.00 | $0.00 | $5.98 | $0.00 | $0.00 | $0.00 | $0.00 | $5.98 |

# Inmate Account Inquiry

Inmate Register Number: 21924009

Inmate Name: WOULARD, CHESTER

Facility: Allenwood FCI

Housing Unit: UNIT 4B

Living Quarters: D08-953L

## Commissary History | Commissary Restrictions | Comments
## Account Balances | Transaction History | General Information

### Account Balances

| | |
|---|---|
| Account Balance: | $5.98 |
| Pre-Release Acct. Balance: | $0.00 |
| Debt Encumbrance: | $5.98 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $0.00 |

| | |
|---|---|
| National 6 Months Deposits: | $35.88 |
| National 6 Months Withdrawals: | $30.05 |
| National 6 Months Avg Daily Balance: | $1.45 |
| Local Max. Balance - Prev. 30 Days: | $5.98 |
| Average Balance - Prev. 30 Days: | $5.92 |

| FRP Plan Type | Expected Amount | Expected Rate |
|---|---|---|

Inmate Qualifies for OTC Medication

This Inmate is Indigent

Close

2/15/05