**ORIGINAL**

Mr. Chester L. Woolard
#21924-009 Federal I.D
#S.B.I #149105 State No.
P.O. Box 2000
White Deer, P.A. 17887

c/o Clerk
United States District Ct
844 King Street
Wilmington, Delaware 19801

05- 198

2-15-05

Re: Chester Woolard, V. Warden, Rapdel Williams

Important Note:

Attention; Clerk of Court;

This letter comes to your office with the enclosed 42:U.S.C. §2241, that is being filed with your U.S. District Court.

I am presently incarcerated in federal custody. And shall be transferred unto State of Delaware custody on or before 4-3-05.

I request that this court enter a Change of Address starting 4-3-05, when I shall be in state of Delaware custody at the address indicated on page II of this correspondence.

FILED
APR 6 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

1.

Page II

Please forward all reply's to the below Address, After, 4-3-05:

%0 M. Chester L. Woolard
S.B.I # 149103
Howard Young Correctional Center
1201, East 12th Street
Wilmington, Delaware, 19801

The enclosed petition is a complaint based on Fast & Speedy Trial, filed under 42: U.S.C. §2241.

I request that the court except the enclosed Forma, Pauperis form, with the 6 month Inmate Account information for the filing of this action.

I request that the Court also forward me, a complete docket sheet of the now pending action.

Thank You

Chester L. Woolard
CHESTER L. WOOLARD
#21924-009 Fed
cc:
file
P.O. Box 2000
White Deer, P.A. 17887



INMATE Shaka L. Ingram
Union County Dept. Of Correction
103 South Second St.
Lewisburg, PA 17837-0524

C/o Clerk of the Court
United States
Federal Court Building
844 King St
Wilmington, Del 1980l

Legal Mail