OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

April 12, 2005

TO: Chester Woulard
    SBI #149103
    H.R.Y.C.F.

RE: *Request for Copy of Docket, 05-198 JJF*

Dear Mr. Woulard:

A letter has been received by the Clerk's office from you requesting a copy of the docket from the above noted civil action.

Please be advised that in accordance with the directive from the Judicial Conference of the United States the fee for copies (including docket sheets) is fifty ($.50) cents per page. **A copy of the docket is enclosed, free of charge for this request only. Should you require copies (including docket sheets) in the future**, please be aware of this fee requirement. Prepayment should be sent with your request, check or money order payable to Clerk, U.S. District Court.

Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/bad

PETER T. DALLEO
CLERK

cc: The Honorable Joseph J. Farnan, Jr. ; 05-198 JJF

COPY ORIGINAL

Mr. Chester L. Woodard
#21924-009 Federal I.D
"SBI" 144103 State No.
P.O. Box 2000
White Deer, P.A. 17887

c/o Clerk
United States District Ct
844 King Street
Wilmington, Delaware 19801

05 - 198

2-15-05

Re: Chester Woodard. V. Warden, Raphael Williams

Important note:

Attention; Clerk of Court;

This letter comes to your office, with the enclosed 42: U.S.C. § 2241, that is being filed with your U.S. District Court.

I am presently incarcerated in federal custody, And shall be transferred unto State of Delaware custody on/or before 4-3-05.

I request that this court enter a change of address starting 4-3-05, when I shall be in state of Delaware custody at the address indicated on page II of this correspondence.

FILED
APR 6 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

1.

Page II

Please forward all reply's to the below Address, After, 4-3-05:

%o Mr Chester L. Woodard
S.B.I # 149103
Howard Young Correctional Center
1201 East 12th Street
Wilmington, Delaware, 19801

The enclosed petition is a complaint based on Fast & Speedy Trial, filed under 42: U.S.C § 2241.

I request that the court except the enclosed Forma, Pauperis form, with the 6 month Inmate Account information for the filing of this action.

I request that the court also forward me, a complete docket sheet of the now pending action.

Thank You

Chester L. Woodard
#21984-009 Fed
P.O Box 2000
White Deer, P.A. 17887

cc: file

