PAGE 04/04

04/26/2005 15:12   302-573-6435

JUDGE FARNAN
OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

05-cv-198 (JJF)

TO:    CCIC, Department of Corrections
       Fax number 8-302-739-7486

FROM:  Peter T. Dalleo, Clerk, U.S. District Court

Re:    Forwarding addresses of prisoners

Mail has been returned to the U.S. District Court for the following prisoner(s) with civil suits pending in District Court because they are no longer incarcerated in Delaware prisons. The Court does not have date of birth information on the prisoners, but does have the institution they were last incarcerated in. Could we please have forwarding addresses for the following prisoner(s):

Chester L. Woulard
SBI #149103
Howard Young Correctional Center
1201 East 12th St.
Wilmington, DE 19801

*Anita Bolton*
Deputy Clerk

302-573-6137
Telephone number

Our FAX phone number is (302) 573-6451.

Thank you for your assistance.

LKA
315 Woodlawn Ave
Wilm DE
19805

Sincerely,

Peter T. Dalleo
Clerk, U.S. District Court

04/28/2005 10:11   302-739-7486   CENTRAL RECORDS