

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570
OFFICIAL BUSINESS

Charles Woulard, pro se
SBI # 149103
FCI Allenwood
White Deer, PA

- [ ] INSUFFICIENT ADDRESS
- [ ] ATTEMPTED NOT KNOWN
- [ ] NO SUCH NUMBER/ STREET
- [x] NOT DELIVERABLE AS ADDRESSED - UNABLE TO FORWARD
- [ ] OTHER

RETURN TO SENDER

WILMINGTON DE MAY 05 '05   U.S. POSTAGE 01.29

RECEIVED MAY 13 2005 U.S. DISTRICT COURT



FILED
APR 20 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

COMPLETED
APR 13 2005

RETURN TO SENDER
— NO INMATE BY THIS SPELLING
— INMATE UNKNOWN
— INMATE RELEASED
— ENCLOSURE UNAUTHORIZED
— CORRESPONDENCE REFUSED

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

HE CLERK
ISTRICT COURT
DELAWARE

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

April 12, 2005

ket, 05-198 JJF

by the Clerk's office from you
om the above noted civil action.

cordance with the directive from
nited States the fee for copies
($.50) cents per page. **A copy of**
**charge for this request only.**
**ng docket sheets) in the future**,
ement. Prepayment should be sent
y order payable to Clerk, U.S.

etter is intended to express an
laims which you may be alleging.

Sincerely,

PETER T. DALLEO
CLERK

an, Jr. ; 05-198 JJF

FILED
APR 26 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

RTS
RETURN TO SENDER

OTHER

☐ INSUFFICIENT ADDRESS
☐ ATTEMPTED NOT KNOWN
☐ NO SUCH NUMBER/STREET
☐ NOT DELIVERABLE AS ADDRESSED
  - UNABLE TO FORWARD

Chester L. Woolard
SBI #149102
Howard Young Correctional Center
1201 East 12th St.
Wilmington, DE 19801

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

RETURN TO SENDER
NO INMATE BY THIS SPELLING
ENCLOSURE UNAUTHORIZED
INMATE RELEASED REFUSED
INMATE UNKNOWN
INMATE RESIDENCE UNKNOWN

.TES DISTRICT COURT
ICT OF DELAWARE

Civil Action No. 05-198-JJF

)ER

d papers seeking federal habeas
.C. § 2241 and requested leave to
it to 28 U.S.C. § 1915; and
nation in your affidavit, your
eris is granted; and
ourt is directed to add the
Delaware to the caption as a
erning Section 2254 Cases in the
U.S.C. foll. § 2254; and
ism and Effective Death Penalty
§ 2244, effectively precludes
or subsequent habeas petition
cumstances; and