

UNITED STATES POSTAL SERVICE® | Home | Help

# Track & Confirm

## Search Results

Label/Receipt Number: **7002 2030 0003 0326 8635**
Status: **Delivered**

Your item was delivered at 1:00 pm on August 03, 2005 in WILMINGTON, DE 19801.

( Additional Details > )  ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email. ( Go > )

POSTAL INSPECTORS   site map   contact us   government services   jobs   National & Premier Accounts
Preserving the Trust     Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy