IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **CHESTER L. WOULARD**, | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Civ. Act. No. 05-198-JJF |
| | : | |
| **CRAIG APKER**, | : | |
| Warden, FCI Allenwood, | : | |
| and **M. JANE BRADY**, | : | |
| Attorney General of the | : | |
| State of Delaware | : | |
| | : | |
| Respondents. | : | |

MOTION FOR EXTENSION OF TIME

Pursuant to Rule 6 of the Federal Rules of Civil Procedure, the respondents move for an extension of time in which to file an answer to the petition. In support thereof, the respondents state the following:

1. The petitioner, Chester L. Woulard, has filed a petition for federal habeas relief in which he alleges that he has been indicted, *inter alia*, on charges of theft in the Delaware Superior Court and that he asserts his right to a speedy trial under the Interstate Agreement on Detainers. Based on information and belief, the petitioner has been on fugitive status during the pendency this proceeding and that the petitioner was recently apprehended in Maryland.

2. Due to case load and various other matters, undersigned counsel needs additional time to prepare and file an answer to the petition. In addition to other matters, undersigned counsel in the last month filed four briefs and had argument in the state supreme court. The undersigned also has primary responsibility for all phases of planning for the

Attorney General's training retreat scheduled for September 21-23, 2005. This includes all logistics (accommodations and meals), programming (arranging for at least seven presenters) as well as a vast array of other details. Counsel has spent substantial time planning the state-wide training seminar and will be attending the retreat on each of those three days. Because of this work load, counsel requires the additional time to prepare the answer in this case.

4. Counsel notes that service at this time is impractical because the petitioner has only recently been apprehended, but that service will be effectuated when counsel is informed where the petitioner is being housed.

5. Under Habeas Rule 4, the Court has the discretion to give respondents an extension of time exceeding the 40-day limit in Civil Rule 81(a)(2). *Clutchette v. Rushen*, 770 F.2d 1469, 1473-74 & n.4 (9th Cir. 1985); *Kramer v. Jenkins*, 108 F.R.D. 429, 431-32 (N.D. Ill. 1985). The comment to Rule 4 expressly states that the district court has "the discretion to take into account various factors such as the respondent's workload" in determining the period of time that should be allowed to answer the petition.

6. This is the respondents' first request for an extension of time in this case. The requested extension will not result in any prejudice to the petitioner.

7. In light of the above, and due to the petitioner's prior fugitive status, the respondents submit that an extension of time from September 19, 2005 to and including October 21, 2005 is reasonable.

/s/
Thomas E. Brown (ID# 3278)
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
e-mail: *ThomasE.Brown@state.de.us*

Date: September 19, 2005

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **CHESTER L. WOULARD**, | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Civ. Act. No. 05-198-JJF |
| | : | |
| **CRAIG APKER**, Warden, FCI Allenwood, and **M. JANE BRADY**, Attorney General of the State of Delaware | : : : : | |
| | : | |
| Respondents. | : | |

### O R D E R

This _____ day of _____, 2005,

WHEREAS, respondents having requested an extension of time in which to file an answer to the petition for a writ of habeas corpus, and

WHEREAS, it appearing to the Court that the request is timely and good cause has been shown for the extension,

IT IS HEREBY ORDERED that respondents' answer shall be filed on or before October 19, 2005.

_____
United States District Judge

CERTIFICATE

I hereby certify that I have neither sought nor obtained the consent of the petitioner, who is incarcerated and appearing *pro se*, to the subject matter of this motion.

                                               /s/
                                              Thomas E. Brown
                                              Deputy Attorney General
                                              Del. Dept. of Justice

                                              Counsel for Respondents

Date: September 19, 2005

## CERTIFICATE OF SERVICE

The undersigned, being a member of the Bar of this Court, hereby certifies that on September 19, 2005 he caused to be electronically filed a Motion for Extension of Time with the Clerk of the Court using CM/ECF.  The undersigned also certifies that service on the petitioner is impractical because, based on information and belief, the petitioner was only recently apprehended on fugitive status, and that service will be effectuated when counsel is informed of the petitioner's location.

      /s/
Thomas E. Brown
Deputy Attorney General
Del. Dept. of Justice

Counsel for Respondents

Date: September 19, 2005