IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **CHESTER L. WOULARD**, : | |
| : | |
| Petitioner, : | |
| : | |
| v.        : | Civ. Act. No. 05-198-JJF |
| : | |
| **CRAIG APKER**, : | |
| Warden, FCI Allenwood, : | |
| and **M. JANE BRADY**, : | |
| Attorney General of the : | |
| State of Delaware : | |
| : | |
| Respondents. : | |

MOTION FOR EXTENSION OF TIME

Pursuant to Rule 6 of the Federal Rules of Civil Procedure, the respondents move for an extension of time in which to file an answer to the petition. In support thereof, the respondents state the following:

1. The petitioner, Chester L. Woulard, has filed a petition for federal habeas relief in which he alleges that he has been indicted, *inter alia*, on charges of theft in the Delaware Superior Court and that he asserts his right to a speedy trial under the Interstate Agreement on Detainers. Based on information and belief, the respondents do not have a current address for the petitioner.

2. Counsel previously requested an extension of time to October 19, 2005 in which to file the answer due to case load and other matters. Due to the unusual posture of this case, i.e, a pretrial petition in which the respondents do not have a current address for the petitioner, counsel has been attempting to gather relevant state court documents to prepare the answer. Counsel obtained records from the Delaware Superior Court on October

7, 2005 but was out of the office last week and yesterday on a long-planned pre-paid vacation. Thus, counsel seeks an additional week in which to complete and file the answer in this case.

      3.      Counsel notes that service at this time is impractical because the respondents do not have a current address for the petitioner.

      4.      This is the respondents' second request for an extension of time in this case. The requested extension will not result in any prejudice to the petitioner.

      5.      In light of the above, the respondents submit that an extension of time to and including October 26, 2005 is reasonable.

/s/
Thomas E. Brown (ID# 3278)
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE  19801
(302) 577-8500
e-mail: *ThomasE.Brown@state.de.us*

Date: October 18, 2005

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **CHESTER L. WOULARD**, : | |
| : | |
| Petitioner, : | |
| : | |
| v. : | Civ. Act. No. 05-198-JJF |
| : | |
| **CRAIG APKER**, | |
| Warden, FCI Allenwood, | |
| and **M. JANE BRADY**, : | |
| Attorney General of the : | |
| State of Delaware : | |
| : | |
| Respondents. : | |

### O R D E R

This _____ day of _____, 2005,

WHEREAS, respondents having requested an extension of time in which to file an answer to the petition for a writ of habeas corpus, and

WHEREAS, it appearing to the Court that the request is timely and good cause has been shown for the extension,

IT IS HEREBY ORDERED that respondents' answer shall be filed on or before October 26, 2005.

_____
United States District Judge

CERTIFICATE

I hereby certify that I have neither sought nor obtained the consent of the petitioner, who is ncarcerated and appearing *pro se*, to the subject matter of this motion.

    /s/_____
Thomas E. Brown
Deputy Attorney General
Del. Dept. of Justice

Counsel for Respondents

Date: October 18, 2005

**CERTIFICATE OF SERVICE**

The undersigned, being a member of the Bar of this Court, hereby certifies that on October 18, 2005 he caused to be electronically filed a Motion for Extension of Time with the Clerk of the Court using CM/ECF.  The undersigned also certifies that service on the petitioner is impractical because, based on information and belief, the respondents do not have a current address for the petitoner.

/s/
Thomas E. Brown
Deputy Attorney General
Del. Dept. of Justice

Counsel for Respondents

Date: October 18, 2005