IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

CHESTER L. WOULARD,                    :
                                       :
                    Petitioner,        :
                                       :
          v.                           :        Civ. Act. No. 05-198-JJF
                                       :
CRAIG APKER,                           
Warden, FCI Allenwood,                 
and M. JANE BRADY,                     :
Attorney General of the                :
State of Delaware                      :
                                       :
                    Respondents.       :

ORDER

This ___ day of ___ October ___, 2005,

WHEREAS, respondents having requested an extension of time in which to file an

answer to the petition for a writ of habeas corpus, and

WHEREAS, it appearing to the Court that the request is timely and good cause has

been shown for the extension,

IT IS HEREBY ORDERED that respondents' answer shall be filed on or before

October 26, 2005.


_____
United States District Judge