**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **CHESTER L. WOULARD**, | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Civ. Act. No. 05-198-JJF |
| | : | |
| **CRAIG APKER**, | : | |
| Warden, FCI Allenwood, | : | |
| and **M. JANE BRADY**, | : | |
| Attorney General of the | : | |
| State of Delaware | : | |
| | : | |
| Respondents. | : | |

**NOTICE OF FILING OF STATE COURT RECORDS**

  1. Respondents file herewith certified copies of the following Delaware Superior Court documents in *State v. Chester L. Woulard*, ID No. 0405002007:

    a. the Superior Court Criminal Docket;

    b. Commitment order filed May 11, 2004 (Dkt. item 1);

    c. Indictment by the Grand Jury (Dkt. Item 2);

    d. letter from the Honorable Mary M. Johnston to John S. Edinger, Jr., Esquire dated March 15, 2005 (Dkt. Item 7).

    e. order appointing counsel (Dkt. Item 9);

    f. order denying request for substitute counsel dated April 26, 2005 (Dkt. Item 12);

    g. Capias Return dated May 25, 2005 with handwritten notation (Dkt. Item 13); and

      h.      E-mail from Mark Vavala to Anna Cole dated May 25, 2005 with handwritten notation (Dkt. Item 14).

/s/ _____
Thomas E. Brown (ID# 3278)
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE  19801
(302) 577-8500
e-mail: *ThomasE.Brown@state.de.us*

Date: October 26, 2005

**CERTIFICATE OF SERVICE**

The undersigned, being a member of the Bar of this Court, hereby certifies that on October 26, 2005 he caused to be electronically filed a Notice of Filing of Certified State Court Records with the Clerk of the Court using CM/ECF and caused to be hand delivered paper copies of the records listed therein with the Clerk's Office. The undersigned also certifies that service on the petitioner appears to be impractical because, based on information and belief, the respondents do not have a current address for the petitioner. However, the respondents will serve a copy of the document upon the address indicated in the Court's docket entry dated June 7, 2005:

Chester Woulard
315 Woodlawn Avenue
Wilmington, DE 19805.

/s/
Thomas E. Brown (ID# 3278)
Deputy Attorney General
Del. Dept. of Justice

Counsel for Respondents

Date: October 26, 2005