IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **CHESTER L. WOULARD**, | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Civ. Act. No. 05-198-JJF |
| | : | |
| **CRAIG APKER**, | : | |
| Warden, FCI Allenwood, | : | |
| and **M. JANE BRADY**, | : | |
| Attorney General of the | : | |
| State of Delaware | : | |
| | : | |
| Respondents. | : | |

NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given that the documents, exhibits or attachments listed below have been manually filed with the Court and are available in paper form only: the Court's unreported order in *Davis v. Dept. of Corrections*, Civ. Act. No. 97-587-RRM (Dec. 16, 1998) (order conditionally dismissing habeas petition for failure to inform the Court of a current address).

The original documents are maintained in the case file in the Clerk's Office.

                                                /s/
                                                Thomas E. Brown
                                                Deputy Attorney General
                                                Department of Justice
                                                820 N. French Street
                                                Wilmington, DE  19801
                                                (302) 577-8500
                                                Del. Bar ID#  3278

Date: October 26, 2005

**CERTIFICATE OF SERVICE**

The undersigned, being a member of the Bar of this Court, hereby certifies that on October 26, 2005 he caused to be electronically filed a Notice of Filing with the Clerk of the Court with the Clerk of the Court using CM/ECF.  The undersigned also certifies that service on the petitioner appears to be impractical because, based on information and belief, the respondents do not have a current address for the petitioner.  However, the respondents will serve a copy of the document upon the address indicated in the Court's docket entry dated June 7, 2005:

Chester Woulard
315 Woodlawn Avenue
Wilmington, DE 19805.


/s/
Thomas E. Brown
Deputy Attorney General
Del. Dept. of Justice

Counsel for Respondents

Date:  October 26, 2005