IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHESTER L. WOULARD, | : |
| Petitioner, | : |
| v. | : Civ. Act. No. 05-198-JJF |
| CRAIG APKER, Warden, FCI Allenwood, and CARL C. DANBERG, Attorney General of the State of Delaware, | : |
| Respondents. | : |

O R D E R

At Wilmington, this /2 day of April, 2006, for the reasons set forth in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that:

1. Petitioner Chester L. Woulard's Application For A Writ Of Habeas Corpus Pursuant To 28 U.S.C. § 2241 (D.I. 2) is **DISMISSED** **WITHOUT** **PREJUDICE**.

2. The Court declines to issue a certificate of appealability, because Petitioner has failed to satisfy the standards set forth in 28 U.S.C. § 2253(c)(2).

_(signature)_
UNITED STATES DISTRICT JUDGE